UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY LIONEL WHITE, | No. C 08-4603 SI (pr) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| CITY OF SAN FRANCISCO; et. al., | |
| Defendants. | |

Plaintiff's motions for summary judgment are denied. Defendants' motion for summary judgment is granted. Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED**

DATED: March 1, 2011

_____
SUSAN ILLSTON
United States District Judge