1

2

3

4

5

6

7

8                     UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11   LARRY LIONEL WHITE,                        No. C 08-4603 SI (pr)

12              Plaintiff,                       **ORDER DENYING PLAINTIFF'S
                                                 MOTION FOR RELIEF FROM**
13        v.                                     **JUDGMENT**

14   CITY OF SAN FRANCISCO;  et. al.,            (Docket No. 71)

15              Defendants.
                                         /
16

17        Plaintiff Larry Lionel White, a state prisoner proceeding pro se, has filed a motion for

18   relief from the judgment entered in this court on March 1, 2011 granting defendants' motion for

19   summary judgment.  Docket No. 71; see Docket Nos. 69 & 70.

20        Rule 60(b) of the Federal Rules of Civil Procedure provides for relief from a final

21   judgment where one or more of the following is shown:  (1) mistake, inadvertence, surprise or

22   excusable neglect; (2) newly discovered evidence that, with reasonable diligence, could not have

23   been discovered in time to move to alter or amend the judgment, i.e., no later than twenty-eight

24   days after the entry of judgment; (3) fraud, misrepresentation or misconduct by the opposing

25   party; (4) the judgment is void; (5) the judgment is satisfied, released or discharged; or (6) any

26   other reason justifying relief.  See Fed. R. Civ. P. 60(b); School Dist. 1J v. ACandS Inc., 5 F.3d

27   1255, 1263 (9th Cir. 1993).  Although couched in broad terms, subparagraph (6) requires a

28   showing that the grounds justifying relief are extraordinary. Twentieth Century - Fox Film Corp.

**United States District Court**
For the Northern District of California

**United States District Court**
For the Northern District of California

1   v. Dunnahoo, 637 F.2d 1338, 1341 (9th Cir. 1981).

2           Plaintiff's motion, in its entirety, reads as follows: "Plaintiff filed a motion for relief from

3   judgment in the above case number, because of such matters as: (1) mistake, advertance, [sic]

4   surprise   or   excusable   neglect;   (2)   the   judgment's   [sic]   being   the   result   of   fraud,

5   misrepresentation, or misconduct by the other party." Doc. No. 71.   Plaintiff does not make a

6   showing of mistake, inadvertence, surprise or excusable neglect.   He does not set forth any

7   newly discovered evidence, fraud, or any grounds for finding that the judgment is void or has

8   been satisfied.   Nor does he set forth any other reason justifying relief.   In short, plaintiff has

9   failed to make the requisite showing under Rule 60(b) that he is entitled to relief from the

10  judgment of this court.

11          Plaintiff's motion for relief from judgment (Doc. No. 71) is **DENIED**.

12          **IT IS SO ORDERED**.

13

14  DATED: April 7, 2011

                                            _____
15                                          SUSAN ILLSTON
                                            United States District Judge
16

17

18

19

20

21

22

23

24

25

26  G:\SI\PRISONER\2008\08-4603\08-4603.08.wpd

27

28                                                  2